UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
++++++++++++++++++++++++++++++++++++++++++++++++++++

**United States of America,**

                           **Plaintiff,**

                **-v-**                                     **1:12-CV-275 (NAM/CFH)**

**Michael Rocque,**

                           **Defendant.**

++++++++++++++++++++++++++++++++++++++++++++++++++++

APPEARANCES:

Overton, Russell, Doerr & Donovan, LLP
Linda L. Donovan, Esq., of counsel
19 Halfmoon Executive Park Drive
Clifton Park, New York 12065
Attorney for Plaintiff

**Hon. Norman A. Mordue, U.S. District Judge:**

### MEMORANDUM-DECISION AND ORDER

The United States of America moves (Dkt. No. 7) for default judgment in this action to recover monies owed by defendant on a student loan. On May 31, 2012, the Government obtained a Clerk's Entry of Default (Dkt. No. 6). The complaint and attachments establish the amount due and defendant's nonpayment. Plaintiff also submits a supplemental affirmation in support of its assertion that defendant is not in the United States military. Plaintiff has demonstrated its entitlement to the relief sought.

It is therefore

ORDERED that plaintiff is awarded default judgment in the sum of $4,315.98 plus interest through February 13, 2012, in the sum of $2,023.31, for a total of $6,339.29, plus

additional accrued interest at 7% per annum from February 13, 2012 to the date of entry of the judgment, plus $25, the cost of service of process.

    IT IS SO ORDERED.

Date:  February 5, 2013
         Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge